# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANDREW L. MEEKS, II,
               Appellant,
vs.
THE STATE OF NEVADA; THE STATE
OF NEVADA BOARD OF PRISON
COMMISSIONERS; THE STATE OF
NEVADA DEPARTMENT OF
CORRECTIONS; JAMES DZURENDA;
AND CHARLES DANIELS,
               Respondents.

No. 81465

FILED

MAR 3 1 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order dismissing appellant's complaint. Eighth Judicial District Court, Clark County; Trevor L. Atkin, Judge.

On July 15, 2020, this court issued a notice directing appellant to file the transcript request form within 14 days, the docketing statement within 21 days, and the opening brief within 120 days. NRAP 9(b), NRAP 14, NRAP 31. The notice cautioned that failure to timely file the documents could result in dismissal of the appeal. To date none of the documents has been filed. It appears that appellant has abandoned this appeal, and this court therefore

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc: Chief Judge, Eighth Judicial District Court
Eighth Judicial District Court, Department 8
Andrew L. Meeks, II
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk